1

**T. L. ROGERS, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit.
October 31, 1927.

No. 7705.

In Error to the District Court of the United States for the Northern District of Oklahoma.

Fred A. Tillman, of Pawhuska, Okl., John W. Tillman, of Fayetteville, Ark., and W. D. Pierson, of Pawhuska, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

═══

2

**Sam SALUPO v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit.
November 18, 1927.

No. 5036.

In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

Grabien & Pilliod, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and John B. Osmun, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Judgment of the District Court affirmed.

3

**In the Matter of the Application of Paolo SAPUNACHIS, Parasecevoula Sapunachis, and Savasti Sapunachis, for a Writ of Habeas Corpus, Petitioners-Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Respondent-Appellee.**

Circuit Court of Appeals, Second Circuit.
November 1, 1927.

No. 168.

Appeal from the District Court of the United States for the Southern District of New York.

Francis E. Hamilton, of New York City (Harold Van Riper, of New York City, of counsel), for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Edward Feldman, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed.

═══

4

**SEA ISLAND THREAD COMPANY, Inc., Petitioner, v. FEDERAL TRADE COMMISSION, Respondent.**

Circuit Court of Appeals, Second Circuit.
November 23, 1927.

No. 69.

Petition to Review Order of the Federal Trade Commission.

Munn, Anderson & Munn, of New York City (J. K. Brachvogel, of New York City, of counsel), for petitioner.

E. L. Smith, of Phillipsburg, N. J., and Bayard T. Hainer and Adrien F. Busick, both of Washington, D. C., for respondent.

Walter Gordon Merritt and John W. Simpson, 2d, both of New York City, amici curiæ.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.